IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD A. GRISWOLD,<br><br>               Plaintiff,<br><br>vs.<br><br>BRAD HANSON, Warden at TSCI;<br><br>               Defendant. | **4:17CV3134**<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Plaintiff's "Motion of Voluntary Dismissal of Action" pursuant to Federal Rule of Civil Procedure 41. (Filing No. 21.) Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff asks the court to dismiss this action and Defendants have not been served with process. Accordingly,

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff's request for dismissal of this action (Filing No. 21) is granted. Accordingly, this matter is dismissed without prejudice.

      2.    All other pending motions (Filing Nos. 9, 10, 11, 12, 13, 14, 15, 16, and 19) are denied as moot.

      2.    A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 15th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge